HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_bockmon@fd.org

Attorney for Defendant
SAMUEL ROBERT FOGG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:18-mj-042 JDP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE CHANGE OF PLEA; AND** |
| | ) | **REQUEST TO APPEAR BY VIDEO** |
| SAMUEL ROBERT FOGG, | ) | **CONFERENCE** |
| | ) | |
| Defendant. | ) | Date: October 30, 2018 |
| | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the change of plea and sentencing hearing currently scheduled for October 30, 2018, be continued to November 28, 2018 at 10:00 a.m.

Defendant, SAMUEL ROBERT FOGG, hereby requests this Court allow him to appear via video conference from the United States District Court in Denver, Colorado. Mr. Fogg's waiver of personal appearance was granted on August 29, 2019 (Dkt. 4). The government has no objection to this request.

Mr. Fogg respectfully request this Court permit him to appear via video conference from the United States District Court in Denver, Colorado. Travel to Yosemite National Park represents a financial hardship.

/ / /

/ / /

-1-

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 26, 2018   */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for SAMUEL ROBERT FOGG


McGREGOR SCOTT
United States Attorney

Dated: October 26, 2018   */s/ Matthew C. Bockmon for S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

**GOOD CAUSE APPEARING**, the above Stipulation to Continue Change of Plea and request to appear via video conference from the United States District Court in Denver, Colorado for his Change of Plea hearing on November 28, 2018 at 10:00 a.m. is hereby accepted and adopted.

IT IS SO ORDERED.

Dated:   October 29, 2018                                   _____
                                                            UNITED STATES MAGISTRATE JUDGE