HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710


Attorneys for Defendant
Samuel R. Fogg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL R. FOGG,<br><br>Defendant. | Case No. 6:18-MJ-0042-JDP<br><br>**UNOPPOSED MOTION AND ORDER TO VACATE REVIEW HEARING AND TERMINATE PROBATION** |

Comes Defendant, Samuel Fogg, by counsel David Harshaw, and hereby requests that the review hearing in this case be vacated and that the defendant's probation be terminated early.

Defendant makes this request for the following reasons:

On November 28, 2018, Defendant pled guilty to dui and violating a closure.  The Court sentenced Defendant in accord with the agreement of the parties: (1) twelve months of unsupervised probation; (2) obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law; (3) pay a $ 1480.00 fine and a $ 20.00 special assessment; (4) attend AA or other approved program 2 times per week for 6 months; (5) attend DMV 1st time offender course in state of residence; and (6) provide documentation for all attendance.  A review hearing is currently set for October 22, 2019. Probation is set to terminate on November 28, 2019.

As of this date, Defendant has paid the entire amount of his fine, his assessment and his

restitution. He has no new law violations. He has completed his DMV course and his AA and has provided proof to the government. Accordingly, Defendant requests that his October 22, 2019 review hearing be vacated. He also requests that his probation be terminated early. The United States, through Legal Officer Susan St. Vincent, does not oppose this motion.

DATED: October 15, 2019                     Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ David Harshaw*
                                            DAVID HARSHAW
                                            Assistant Federal Defender

                                            Attorneys for Samuel R. Fogg

# ORDER

The court, being sufficiently advised, orders that the review hearing set for October 22, 2019 in Case No. 6:18-MJ-0042-JDP be vacated. Further, the defendant's probationary period is terminated.

IT IS SO ORDERED.

Dated: October 15, 2019

UNITED STATES MAGISTRATE JUDGE